UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CEDRIC PAULK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN PLILER,<br><br>　　　　　Respondent. | No. CV 20-03794-DMG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss the Petition filed by Respondent ("Motion to Dismiss"), the Opposition and Reply briefs filed in opposition to and in support of the Motion to Dismiss, the Report and Recommendation ("Report") of the United States Magistrate Judge, and the Objections to the Report filed by Petitioner.

　　　　The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

1  IT IS THEREFORE ORDERED that:
2      (1)    Respondent's Motion to Dismiss [Doc. # 7] is GRANTED; and
3      (2)    Judgment shall be entered dismissing this action without
4            prejudice.

DATED: October 19, 2020

                                        DOLLY M. GEE
                                        United States District Judge