JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CEDRIC PAULK, | No. CV 20-03794-DMG (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN PLILER, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED: October 19, 2020

_____
DOLLY M. GEE
United States District Judge